FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -7 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:18CR 00634 SWW |
| | ) | |
| v. | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 18, U.S.C. §§ 3571 & 3013 |
| KESHOWN LARON JOHNSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

(*Felon in Possession of a Firearm*)

A.  Prior to February 15, 2018, the defendant,

KESHOWN LARON JOHNSON,

had previously been convicted as follows:

1. In Pulaski County, Arkansas, Circuit Court for Breaking or Entering, a Class D felony, in Docket # 60CR-17-2894.

2. In Pulaski County, Arkansas, Circuit Court for seven (7) counts of Breaking or Entering, Class D felonies, and three (3) counts of Theft of Property, Class D felonies in Docket # 60CR-17-3522.

B.  Each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.  On or about February 15, 2018, through on or about February 22, 2018 in the Eastern District of Arkansas, the defendant,

KESHOWN LARON JOHNSON,

did knowingly possess a firearm, to wit: a Glock, .40 caliber pistol, Model 23, bearing serial number PRP102, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense alleged in Count One of this Indictment, defendant KESHOWN LARON JOHNSON, shall forfeit to the United States pursuant to Title 18 U.S.C. § 924(d) and Title 28, United States Code, § 2461(c), all firearms and ammunition involved in the commission of the offense.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)