UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:18CR00634-SWW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| KESHOWN LARON JOHNSON | ) | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
JUL 29 2019
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: H. Clark
DEPUTY CLERK

**SUPERSEDING INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**

A. On or about February 15, 2018, the defendant,

KESHOWN LARON JOHNSON,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

1. Breaking or Entering, in Pulaski County, Arkansas, Circuit Court in Case Number # 60CR-17-2894; and

2. Breaking or Entering, seven (7) counts, and Theft of Property, three (3) counts, in Pulaski County, Arkansas, Circuit Court in Case Number # 60CR-17-3522.

B. On or about February 15, 2018, through on or about February 22, 2018, in the Eastern District of Arkansas, the defendant,

KESHOWN LARON JOHNSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, .40 caliber pistol, Model 23, bearing serial number PRP102, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense alleged in Count One of this Superseding Information, defendant KESHOWN LARON JOHNSON, shall forfeit to the United States pursuant to Title 18 U.S.C. § 924(d) and Title 28, United States Code, § 2461(c), all firearms and ammunition involved in the commission of the offense.

CODY HILAND
United States Attorney

_____
EDWARD O. WALKER
AR Bar No. 2000076
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
Edward.O.Walker@usdoj.gov